## Allen L. Thatcher, Appellant, v. Oscar Snyder, Appellee.

### Gen. No. 41,389.

opinion filed

January 22, 1941.  Kotin & Gainer, for appellant; James B. Cashin, of counsel; Frederick W. Turner, Jr., and Avern B. Scolnik, for appellee; Frederick W. Turner, Jr., of counsel.  Opinion by PRESIDING JUSTICE HEBEL.  ''Not to be published in full.''